# EXHIBIT C

## PLAINTIFF'S CERTIFICATION

I, Kelly Jenkins, on behalf of the State Universities Retirement System ("SURS") of Illinois hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.    I am General Counsel of SURS. I have reviewed a copy of the complaint captioned *City of Brockton Contributory Retirement Sys. v. General Electric Co., et al.*, Civil Action No. 09-CV-3787 filed in this matter. The Executive Committee of SURS has authorized the filing of a lead plaintiff motion on its behalf by Berman DeValerio.

2.    SURS did not purchase these securities at the direction of counsel or in order to participate in any private action arising under either the Securities Act of 1933 or the Securities Exchange Act of 1934.

3.    SURS is willing to serve as a lead plaintiff on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    SURS' transactions in General Electric Co. common stock that are the subject of the complaints in this action are attached hereto.

5.    During the three year period preceding the date of my signing this Certification, SURS has sought to serve as a representative on behalf of a class in the following private actions arising under either the Securities Act of 1933 or the Securities Exchange Act of 1934: *In re Citigroup, Inc. Sec. Litig.*, C.A. No. 07-CV-9901 (S.D.N.Y.). SURS was not appointed as lead plaintiff in this action.

6.    SURS will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any possible recovery, except for an

award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to its representation of the Class.

Signed under the penalties of perjury this /2 day of May, 2009.

Kelly Jenkins
General Counsel

GENERAL ELECTRIC CO.
Common Stock (Cusip 369604103)
Schedule of Transactions

Class Period: 09/25/08 - 03/19/09

| Trade Date | Trans. | Shares Bought | Shares Sold | Trade Price |
|---|---|---|---|---|
| 10/02/08 | BUY | 2,100 | | $22.140 |
| 10/02/08 | BUY | 400 | | $22.132 |
| 10/02/08 | BUY | 51 | | $22.250 |
| 10/02/08 | BUY | 58,700 | | $22.250 |
| 10/02/08 | BUY | 36,100 | | $22.250 |
| 10/02/08 | BUY | 76,900 | | $22.250 |
| 10/03/08 | BUY | 100 | | $21.579 |
| 10/06/08 | BUY | 49 | | $20.187 |
| 10/10/08 | Sell | | (5,400) | $19.364 |
| 10/10/08 | BUY | 27,700 | | $19.353 |
| 10/13/08 | BUY | 19,400 | | $21.228 |
| 10/14/08 | SELL | | (20,200) | $21.360 |
| 10/16/08 | Sell | | (11,200) | $18.890 |
| 10/16/08 | SELL | | (14,100) | $18.837 |
| 10/17/08 | SELL | | (18,000) | $19.683 |
| 10/20/08 | SELL | | (9,800) | $19.841 |
| 10/21/08 | SELL | | (5,900) | $20.456 |
| 10/22/08 | SELL | | (1,500) | $20.064 |
| 10/23/08 | SELL | | (7,400) | $18.540 |
| 10/30/08 | Sell | | (5,600) | $19.214 |
| 11/04/08 | Sell | | (8,200) | $20.590 |
| 11/11/08 | Sell | | (5,000) | $17.737 |
| 11/12/08 | Sell | | (4,900) | $16.675 |
| 11/14/08 | Sell | | (200) | $16.020 |
| 11/20/08 | BUY | 246 | | $13.355 |
| 12/01/08 | BUY | 35,600 | | $15.858 |
| 12/01/08 | BUY | 107,200 | | $15.986 |
| 12/02/08 | BUY | 49,300 | | $16.035 |
| 12/03/08 | BUY | 4,370 | | $18.130 |
| 12/03/08 | BUY | 17,000 | | $17.816 |
| 12/03/08 | Sell | | (1,700) | $17.568 |
| 12/15/08 | BUY | 6,350 | | $16.950 |
| 12/19/08 | BUY | 542 | | $16.497 |
| 12/19/08 | BUY | 13,800 | | $16.500 |
| 01/05/09 | BUY | 1,800 | | $16.676 |
| 01/05/09 | BUY | 7,800 | | $16.676 |
| 01/21/09 | BUY | 158 | | $12.550 |
| 01/21/09 | BUY | 2,300 | | $13.009 |
| 01/21/09 | SELL | | (11,300) | $12.758 |
| 01/22/09 | BUY | 2,100 | | $12.631 |
| 01/23/09 | BUY | 2,100 | | $12.304 |
| 02/06/09 | SELL | | (39,200) | $11.047 |
| 03/03/09 | SELL | | (57,400) | $7.104 |
| 03/05/09 | BUY | 19,200 | | $6.755 |
| 03/06/09 | BUY | 17,700 | | $6.961 |
| 03/09/09 | BUY | 22,700 | | $7.612 |
| 03/10/09 | Sell | | (4,300) | $8.864 |
| 03/10/09 | BUY | 7,500 | | $8.637 |
| 03/11/09 | SELL | | (73,500) | $9.154 |
| 03/11/09 | BUY | 13,800 | | $9.160 |
| 03/16/09 | Sell | | (53,876) | $9.660 |