**EXHIBIT A**



**GlobeNewswire**
A NASDAQ OMX COMPANY

HOME    SERVICES    NEWSROOM    ABOUT US    CONTACT US

○ Login    ○ Register
Search



*Source:* Harwood Feffer LLP

**Harwood Feffer LLP Files Class Action On Behalf of Purchasers of General Electric Common Stock After the Announcement of Maintaining Its Dividend -- GE**

NEW YORK, March 4, 2009 (GLOBE NEWSWIRE) -- The law firm of Harwood Feffer LLP announces that it filed a class action lawsuit on March 3, 2009 on behalf of purchasers of the common stock of General Electric Company (the "Company") (NYSE:GE) during the period January 23, 2009 through February 27, 2009, inclusive (the "Class Period"). Shareholders may obtain a copy of the complaint by calling our offices or emailing us at the e-mail addresses listed below. The action is pending in United States District Court for the Southern District of New York.

The complaint alleges that on January 23, 2009, the Company's Chairman and CEO, Jeffrey Immelt, stated unequivocally that GE would maintain its quarterly $.31 per share dividend, having sufficient cash on hand and cash flow to achieve that goal. Then on February 27, 2009, GE suddenly announced it was cutting the dividend to $.10 per share. On the first trading day after the dividend reduction announcement, GE shares fell from $8.51 per share the previous trading day to close at $7.60 per share. The shares have continued to plummet, currently trading at $6.30 per share, an almost 30% plunge. During the Class Period, Mr. Immelt sold over 52,000 shares of GE stock at $11.10 per share and other officers of the Company sold over 380,000 shares at that same price. Mr. Immelt then repurchased 50,000 shares after the announcement at between $7.51 and $8.30 per share. As a result, Mr. Immelt and the other officers violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by issuing false and misleading statements or knowingly or recklessly failing to know of those statements, sold GE shares at inflated prices based on those statements.

If you bought GE stock from January 23, 2009 through February 27, 2009, no later than May 2, 2009, you may move the court to appoint you as lead plaintiff, a representative party that acts on behalf of other class members. The court must determine whether the class member's claim is typical of other members' claims, and whether the class member will adequately represent the class. Your ability to recover is not, however, affected by your decision whether or not to serve as a lead plaintiff.

Harwood Feffer has taken a leading role in many important actions on behalf of defrauded shareholders and has recovered hundreds of millions of dollars in those efforts. The Harwood Feffer website (www.hfesq.com) has more information about the firm. If you wish to discuss this action with us or have any questions concerning this notice or your rights and interests with regard to the case, please contact the following:

```
Robert I. Harwood, Esq.
Samuel K. Rosen, Esq.
Daniella Quitt, Esq.
Harwood Feffer LLP
488 Madison Avenue
New York, New York 10022
(toll free) 877-935-7400
e-mail:  rharwood@hfesq.com
         srosen@hfesq.com
         dquitt@hfesq.com
```

The Harwood Feffer LLP logo is available at http://www.globenewswire.com/newsroom/prs/?pkgid=454

```
CONTACT:  Harwood Feffer LLP
          877-935-7400
```

**Other Company Press Releases**

Harwood Feffer LLP Files New Class Action On Behalf of Investors of Satyam Computer Services Ltd. Naming Auditors as Defendants -- SAY - Feb 9, 2009

Harwood Feffer LLP Files Class Action On Behalf of Investors of Satyam Computer Services Ltd. -- SAY - Jan 8, 2009

Harwood Feffer LLP Announces Its Ongoing Investigation Relating to the Lehman Brothers Holdings Inc. Savings Plan 401(k) - Jul 22, 2008

Harwood Feffer LLP Announces Its Investigation Relating to the American Express Incentive Savings Plan 401(k) - Jun 26, 2008

Harwood Feffer LLP Announces Its Investigation Relating to the Lehman Brothers Holdings Inc. Savings Plan 401(k) - Jun 24, 2008

More >>

**Related News**

* CLASS ACTION LAWSUITS

**Blogging/Bookmarking**

Blogger
Blog Search
Digg
del.icio.us
Google Bookmarks



Reddit
StumbleUpon
Technorati
Yahoo MyWeb

🖨 Printer friendly format



Home | Services | Newsroom | About Us | Contact Us | Site Map
Sign up for New Membership | Job Opportunities

© 2009 GlobeNewswire, Inc. All Rights Reserved.

**EXHIBIT B**

# JACK ANTARAMIAN'S LOSS SHEET

## I. Summary

During the class period – between December 16, 2008 and February 27, 2009, Proposed Lead Plaintiff Jack Antaramian purchased 900,000 shares of General Electric Company common stock, expending $12,947,100. Also during the class period, he sold all 900,000 shares for $9,526,300. As a result, he suffered a loss of approximately $3,420,800.

## II. Transaction Details

### Purchases and Sales During the Class Period

| Date | Bought/Sold | Shares | Price | Total Cost |
|---|---|---|---|---|
| 12/26/2008 | Bought | 100,000 | $16.000 | $1,600,000 |
| 01/02/2009 | Bought | 100,000 | $16.489 | $1,648,900 |
| 01/02/2009 | Bought | 100,000 | $16.62 | $1,662,000 |
| 01/06/2009 | Bought | 100,000 | $16.588 | $1,658,800 |
| 01/08/2009 | Bought | 100,000 | $15.774 | $1,577,400 |
| 01/21/2009 | Bought | 100,000 | $12.998 | $1,299,800 |
| 02/03/2009 | Bought | 100,000 | $11.786 | $1,178,600 |
| 02/06/2009 | Bought | 100,000 | $10.990 | $1,099,000 |
| 02/10/2009 | Bought | 100,000 | $12.226 | $1,222,600 |
| **Total Purchases** | | **900,000** | | **$12,947,100** |

| Date | Bought/Sold | Shares | Price | Total Gain |
|---|---|---|---|---|
| 01/06/2009 | Sold | 100,000 | $16.838 | $1,683,800 |
| 01/28/2009 | Sold | 100,000 | $13.700 | $1,370,000 |
| 02/09/2009 | Sold | 100,000 | $11.301 | $1,130,100 |
| 02/23/2009 | Sold | 600,000 | $8.904 | $5,342,400 |
| **Total Sales** | | **900,000** | | **$9,526,300** |

### Loss Calculation

| | |
|---|---|
| **Net Purchase Price of 900,000 Shares** | $12,947,100 |
| **Net Sale Price of 900,000 Shares** | $9,526,300 |
| **Net Loss** | **$3,420,800** |

**EXHIBIT C**

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Jack Antaramian, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the complaint with my counsel.

2. I did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3. I am willing to serve as a lead plaintiff and representative party on behalf of the class, including testifying at deposition or trial, if necessary.

4. Attached as **Exhibit 1** are my transactions during the Class Period in the common stock of General Electric Company.

5. I will not accept any payment for serving as a representative party beyond my pro-rata share of any recovery, except reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to law.

6. I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of April, 2009.

JACK ANTARAMIAN

## EXHIBIT 1

## PURCHASES AND SALES OF COMMON STOCK OF GENERAL ELECTRIC COMPANY BETWEEN DECEMBER 16, 2008 AND FEBRUARY 27, 2009

| DATE | PURCHASED OR SOLD? | NUMBER OF SHARES | PRICE |
| --- | --- | --- | --- |
| 12/26/08 | Purchased | 100,000 | $16.00 |
| 01/02/2009 | Purchased | 100,000 | $16.489 |
| 01/02/2009 | Purchased | 100,000 | $16.62 |
| 01/06/2009 | Purchased | 100,000 | $16.588 |
| 01/08/2009 | Purchased | 100,000 | $15.774 |
| 01/21/2009 | Purchased | 100,000 | $12.998 |
| 02/03/2009 | Purchased | 100,000 | $11.786 |
| 02/06/2009 | Purchased | 100,000 | $10.990 |
| 02/10/2009 | Purchased | 100,000 | $12.226 |
| 01/06/2009 | Sold | 100,000 | $16.838 |
| 01/28/2009 | Sold | 100,000 | $13.70 |
| 02/09/2009 | Sold | 100,000 | $11.301 |
| 02/23/2009 | Sold | 600,000 | $8.904 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |