# EXHIBIT B

Case 1:09-cv-01951-DC  Document 31-3  Filed 05/05/2009  Page 1 of 3

1 of 2

MWR        Berman DeValerio Files Class Action Lawsuit on Behalf of
           Apr 15 2009  15:47:09


Berman DeValerio Files Class Action Lawsuit on Behalf of General
Electric Investors

NEW YORK, NY -- (MARKET WIRE) -- 04/15/09 --  The City of Brockton
Contributory Retirement System ("Brockton") sued General Electric Co.
("GE" or the "Company") today, claiming GE violated federal
securities laws by concealing risks incurred by its financial
services unit, General Electric Capital Services ("GE Capital"), the
law firm Berman DeValerio said.

GE operates worldwide as a technology, media and financial services
company.  Almost half of GE's revenues are derived from GE Capital,
which operates in commercial finance, consumer finance, leasing and
real estate services.

Berman DeValerio (www.bermandevalerio.com) filed the class action
complaint in United States District Court for the Southern District
of New York on behalf of purchasers of GE common stock from September
25, 2008 through and including March 19, 2009 (the "Class Period").
The lawsuit was also filed on behalf of investors that purchased
shares pursuant or traceable to the Company's $12 billion public
offering of common stock commencing on October 1, 2008 (the "October
Offering").

The complaint, filed as 09-civ-3783, seeks damages for violations of
Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 (the
"Securities Act"), as well as Sections 10(b) and 20(a) of the
Securities Exchange Act of 1934 (the "Exchange Act").  To receive a
copy of the complaint, please call Berman DeValerio at (617) 542-8300
or click here to download a copy.

The complaint alleges that, during the Class Period, defendants
issued numerous materially false and misleading statements which
caused GE's securities to trade at artificially inflated prices
throughout the Class Period.  More specifically, the complaint
alleges that defendants made the following false and misleading
statements in the offering documents for the October Offering and/or
throughout the Class Period:  (1) that GE would not lower its
quarterly dividend of $0.31 per share; (2) that the Company had
sufficiently reserved for anticipated loan losses due to
underperforming mortgages issued by GE Capital; (3) that GE Capital
would earn $5 million in revenues in 2009; and (4) that the Company's
Triple-A credit rating was safe.

The complaint alleges that the truth was slowly disclosed to the
public regarding GE and GE Capital's true financial health and well
being in a series of partial disclosures issued throughout the Class
Period.  In response to these disclosures, the Company's share price
fell by more than seventy-five percent -- from a high of more than
$26 per share to a low of approximately $5.90 per share.  Thus,
Brockton and other members of the putative class have suffered
significant damages as a result of defendants' alleged fraud.

If you are a member of the class, you may, no later than May 4, 2009,
                        Copyright (c) 2009

2 of 2

MWR        Berman DeValerio Files Class Action Lawsuit on Behalf of
            Apr 15 2009   15:47:09

request that the Court appoint you as Lead Plaintiff for the class. You may contact the attorneys at Berman DeValerio to discuss your rights and interests in the case, or you may submit information online by clicking  here. Please note: You may also retain counsel of your choice and need not take any action at this time to be a class member.

Berman DeValerio is a national law firm representing plaintiffs in lawsuits against corporate wrongdoers, chiefly for violations of securities and antitrust laws. The firm has 34 lawyers in Boston, San Francisco, and Palm Beach Gardens, Florida.


Contact:

Jeffrey C. Block, Esq.
Email Contact

or

Jason M. Leviton, Esq.
Email Contact

(617) 542-8300
-0- Apr/15/2009 19:47 GMT

Copyright (c) 2009