USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

KAREN A. CHRISTIANSEN,                    :

                      Plaintiff,          :          **ORDER**

            - against -                   :          09 Civ. 1951 (DC)

JEFFREY R. IMMELT et al.,                 :

                      Defendants.         :

- - - - - - - - - - - - - - - - - - -x

                                          :          09 Civ. 2084; 2566;
            AND RELATED CASES                        2582; 3787; 4130;
                                                     4152
                                          :

- - - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

          Pending in this District are at least seven securities actions relating to General Electric Company's payment of common stock dividends in 2009 and public disclosures made in connection with those dividends.

          Defendants are not required to answer or otherwise respond to the individual complaints in the above-listed cases absent further order of the Court.

          Motions for consolidation and for the appointment of lead plaintiff and/or lead counsel in the securities class actions was due on May 4, 2009.  Any opposition papers shall be filed by May 25, 2009, and any reply papers shall be filed by June 1, 2009.

          Once appointed by the Court, lead counsel for plaintiffs and counsel for defendants shall meet and confer

within thirty days of the entry of the order appointing such counsel.  They shall agree upon a schedule for submission to the Court, for its approval, setting dates for the filing of consolidated amended complaints and briefing on defendants' motions to dismiss or other response.

SO ORDERED.

Dated:    New York, New York
          May 11, 2009

DENNY CHIN
United States District Judge