# EXHIBIT B

# GENERAL ELECTRIC CO.
## Common Stock (Cusip 369604103)
## Summary Report Limited by Partial Disclosure

Class Period: 09/25/08 - 02/27/09
$10.4082 Look-Back Price (03/02/09 - 05/01/09)
Shareholder: State University Retirement System of Illinois ("SURS")

| Total Shares Purchased | Net Shares Purchased | Net Funds Rcvd (Spent) | Est. FIFO Gain (Loss) | Est. LIFO Gain (Loss) |
|---|---|---|---|---|
| 472,166 | 302,566 | ($5,887,314) | ($3,956,242) | ($2,772,024) |

Note: Post partial disclosure sales were used in these calculations. The higher of the actual sale price or the average closing price of the stock from 01/26/09 thru the date of the sale was used in the calculations.

## GENERAL ELECTRIC CO.
## Common Stock (Cusip 369604103)
### Net Analysis

Class Period: 09/25/08 - 02/27/09
Shareholder: State University Retirement System of Illinois ("SURS")

| Trade Date | Trans. | Shares Bought | Shares Sold | Shares Held | Trade Price | (Costs) / Proceeds |
|---|---|---|---|---|---|---|
| 10/02/08 | BUY | 2,100 | | 2,100 | $22.140 | ($46,494.000) |
| 10/02/08 | BUY | 400 | | 2,500 | $22.132 | ($8,852.800) |
| 10/02/08 | BUY | 51 | | 2,551 | $22.250 | ($1,134.750) |
| 10/02/08 | BUY | 58,700 | | 61,251 | $22.250 | ($1,306,075.000) |
| 10/02/08 | BUY | 36,100 | | 97,351 | $22.250 | ($803,225.000) |
| 10/02/08 | BUY | 76,900 | | 174,251 | $22.250 | ($1,711,025.000) |
| 10/03/08 | BUY | 100 | | 174,351 | $21.579 | ($2,157.900) |
| 10/06/08 | BUY | 49 | | 174,400 | $20.187 | ($989.163) |
| 10/10/08 | Sell | | (5,400) | 169,000 | $19.364 | $104,565.600 |
| 10/10/08 | BUY | 27,700 | | 196,700 | $19.353 | ($536,078.100) |
| 10/13/08 | BUY | 19,400 | | 216,100 | $21.228 | ($411,823.200) |
| 10/14/08 | SELL | | (20,200) | 195,900 | $21.360 | $431,472.000 |
| 10/16/08 | Sell | | (11,200) | 184,700 | $18.890 | $211,568.000 |
| 10/16/08 | SELL | | (14,100) | 170,600 | $18.837 | $265,601.700 |
| 10/17/08 | SELL | | (18,000) | 152,600 | $19.683 | $354,294.000 |
| 10/20/08 | SELL | | (9,800) | 142,800 | $19.841 | $194,441.800 |
| 10/21/08 | SELL | | (5,900) | 136,900 | $20.456 | $120,690.400 |
| 10/22/08 | SELL | | (1,500) | 135,400 | $20.064 | $30,096.000 |
| 10/23/08 | SELL | | (7,400) | 128,000 | $18.540 | $137,196.000 |
| 10/30/08 | SELL | | (5,600) | 122,400 | $19.214 | $107,598.400 |
| 11/04/08 | SELL | | (8,200) | 114,200 | $20.590 | $168,838.000 |
| 11/11/08 | SELL | | (5,000) | 109,200 | $17.737 | $88,685.000 |
| 11/12/08 | SELL | | (4,900) | 104,300 | $16.675 | $81,707.500 |
| 11/14/08 | SELL | | (200) | 104,100 | $16.020 | $3,204.000 |
| 11/20/08 | BUY | 246 | | 104,346 | $13.355 | ($3,285.330) |
| 12/01/08 | BUY | 35,600 | | 139,946 | $15.858 | ($564,544.800) |
| 12/01/08 | BUY | 107,200 | | 247,146 | $15.986 | ($1,713,699.200) |
| 12/02/08 | BUY | 49,300 | | 296,446 | $16.035 | ($790,525.500) |
| 12/03/08 | BUY | 4,370 | | 300,816 | $18.130 | ($79,228.100) |
| 12/03/08 | BUY | 17,000 | | 317,816 | $17.816 | ($302,872.000) |
| 12/03/08 | SELL | | (1,700) | 316,116 | $17.568 | $29,865.600 |
| 12/15/08 | BUY | 6,350 | | 322,466 | $16.950 | ($107,632.500) |
| 12/19/08 | BUY | 542 | | 323,008 | $16.497 | ($8,941.374) |
| 12/19/08 | BUY | 13,800 | | 336,808 | $16.500 | ($227,700.000) |
| 01/05/09 | BUY | 1,800 | | 338,608 | $16.676 | ($30,016.800) |
| 01/05/09 | BUY | 7,800 | | 346,408 | $16.676 | ($130,072.800) |
| 01/21/09 | BUY | 158 | | 346,566 | $12.550 | ($1,982.900) |
| 01/21/09 | BUY | 2,300 | | 348,866 | $13.009 | ($29,920.700) |
| 01/21/09 | SELL | | (11,300) | 337,566 | $12.758 | $144,165.400 |
| 01/22/09 | BUY | 2,100 | | 339,666 | $12.631 | ($26,525.100) |
| 01/23/09 | BUY | 2,100 | | 341,766 | $12.304 | ($25,838.400) |
| 02/06/09 | SELL[1] | | (39,200) | 302,566 | $12.993 | $509,337.360 |
| | | | | | | |
| Totals: | | 472,166 | (169,600) | | | ($5,887,314) |

| Net Shares Purchased: | 302,566 | | | |
|---|---|---|---|---|
| Net Expenditures: | ($5,887,314) | | | |

[1] Post Partial Disclosure sale. The higher of the actual sale price or the average closing price of the stock from 01/26/09 thru the date of the sale was used in the calculations.

# GENERAL ELECTRIC CO.
## Common Stock (Cusip 369604103)
### FIFO

Class Period:   09/25/08 - 02/27/09
$10.4082 Look-Back Price (03/02/09 - 05/01/09)
Shareholder:   State University Retirement System of Illinois ("SURS")

| Trade Date | Trans. | Shares Bought | Shares Sold | Shares Held | Trade Price | (Costs) / Proceeds |
|---|---|---|---|---|---|---|
| Sales Applied to Pre-Class Period Shares ||||||||
| Beg. Balance 09/25/08 | | | | 2,098,893 | | |
| 10/10/08 | SELL | | (5,400) | 2,093,493 | $19.364 | $104,565.600 |
| 10/14/08 | SELL | | (20,200) | 2,073,293 | $21.360 | $431,472.000 |
| 10/16/08 | SELL | | (14,100) | 2,059,193 | $18.837 | $265,601.700 |
| 10/16/08 | SELL | | (11,200) | 2,047,993 | $18.890 | $211,568.000 |
| 10/17/08 | SELL | | (18,000) | 2,029,993 | $19.683 | $354,294.000 |
| 10/20/08 | SELL | | (9,800) | 2,020,193 | $19.841 | $194,441.800 |
| 10/21/08 | SELL | | (5,900) | 2,014,293 | $20.456 | $120,690.400 |
| 10/22/08 | SELL | | (1,500) | 2,012,793 | $20.064 | $30,096.000 |
| 10/23/08 | SELL | | (7,400) | 2,005,393 | $18.540 | $137,196.000 |
| 10/30/08 | SELL | | (5,600) | 1,999,793 | $19.214 | $107,598.400 |
| 11/04/08 | SELL | | (8,200) | 1,991,593 | $20.590 | $168,838.000 |
| 11/11/08 | SELL | | (5,000) | 1,986,593 | $17.737 | $88,685.000 |
| 11/12/08 | SELL | | (4,900) | 1,981,693 | $16.675 | $81,707.500 |
| 11/14/08 | SELL | | (200) | 1,981,493 | $16.020 | $3,204.000 |
| 12/03/08 | SELL | | (1,700) | 1,979,793 | $17.568 | $29,865.600 |
| 01/21/09 | SELL | | (11,300) | 1,968,493 | $12.758 | $144,165.400 |
| 02/06/09 | SELL[1] | | (39,200) | 1,929,293 | $12.003 | $470,517.600 |
| 03/03/09 | SELL[2] | | (57,400) | 1,871,893 | $10.755 | $617,314.040 |
| 03/10/09 | SELL[2] | | (4,300) | 1,867,593 | $10.204 | $43,875.050 |
| 03/11/09 | SELL[2] | | (73,500) | 1,794,093 | $10.150 | $746,025.000 |
| 03/16/09 | SELL[2] | | (53,876) | 1,740,217 | $10.104 | $544,379.267 |
| 03/20/09 | SELL[2] | | (33,000) | 1,707,217 | $10.093 | $333,078.900 |
| 03/24/09 | SELL[2] | | (8,400) | 1,698,817 | $10.127 | $85,064.280 |
| 03/24/09 | SELL[2] | | (6,000) | 1,692,817 | $10.525 | $63,150.000 |
| 03/25/09 | SELL[2] | | (3,900) | 1,688,917 | $10.662 | $41,581.800 |
| 03/26/09 | SELL[2] | | (2,200) | 1,686,717 | $10.830 | $23,826.000 |
| Class Period Trading ||||||||
| 10/02/08 | BUY | 2,100 | | 2,100 | $22.140 | ($46,494.000) |
| 10/02/08 | BUY | 400 | | 2,500 | $22.132 | ($8,852.800) |
| 10/02/08 | BUY | 51 | | 2,551 | $22.250 | ($1,134.750) |
| 10/02/08 | BUY | 58,700 | | 61,251 | $22.250 | ($1,306,075.000) |
| 10/02/08 | BUY | 36,100 | | 97,351 | $22.250 | ($803,225.000) |
| 10/02/08 | BUY | 76,900 | | 174,251 | $22.250 | ($1,711,025.000) |
| 10/03/08 | BUY | 100 | | 174,351 | $21.579 | ($2,157.900) |
| 10/06/08 | BUY | 49 | | 174,400 | $20.187 | ($989.163) |
| 10/10/08 | BUY | 27,700 | | 202,100 | $19.353 | ($536,078.100) |
| 10/13/08 | BUY | 19,400 | | 221,500 | $21.228 | ($411,823.200) |
| 11/20/08 | BUY | 246 | | 221,746 | $13.355 | ($3,285.330) |
| 12/01/08 | BUY | 35,600 | | 257,346 | $15.858 | ($564,544.800) |
| 12/01/08 | BUY | 107,200 | | 364,546 | $15.986 | ($1,713,699.200) |
| 12/02/08 | BUY | 49,300 | | 413,846 | $16.035 | ($790,525.500) |

| 12/03/08 | BUY | 4,370 | | 418,216 | $18.130 | ($79,228.100) |
|---|---|---|---|---|---|---|
| 12/03/08 | BUY | 17,000 | | 435,216 | $17.816 | ($302,872.000) |
| 12/15/08 | BUY | 6,350 | | 441,566 | $16.950 | ($107,632.500) |
| 12/19/08 | BUY | 542 | | 442,108 | $16.497 | ($8,941.374) |
| 12/19/08 | BUY | 13,800 | | 455,908 | $16.500 | ($227,700.000) |
| 01/05/09 | BUY | 1,800 | | 457,708 | $16.676 | ($30,016.800) |
| 01/05/09 | BUY | 7,800 | | 465,508 | $16.676 | ($130,072.800) |
| 01/21/09 | BUY | 158 | | 465,666 | $12.550 | ($1,982.900) |
| 01/21/09 | BUY | 2,300 | | 467,966 | $13.009 | ($29,920.700) |
| 01/22/09 | BUY | 2,100 | | 470,066 | $12.631 | ($26,525.100) |
| 01/23/09 | BUY | 2,100 | | 472,166 | $12.304 | ($25,838.400) |
| | | | | | | |
| Totals: | | 472,166 | 0 | | | ($8,870,640) |
| Shares Held: | | | 472,166 | | | |
| Shares Held * $10.4082: | | | $4,914,398 | | | |
| Total (Costs) / Proceeds: | | | ($8,870,640) | | | |
| Total (Losses) / Profit: | | | ($3,956,242) | | | |

[1] Post Partial Disclosure sale. The higher of the actual sale price or the average closing price of the stock from 01/26/09 thru the date of the sale was used in the calculations.

[2] Post Class Period sale. The higher of the actual sale price or the average closing price of the stock from 01/26/09 thru the date of the sale was used in the calculations.

## GENERAL ELECTRIC CO.
## Common Stock (Cusip 369604103)
### LIFO

Class Period:  09/25/08 - 02/27/09
$10.4082 Look-Back Price (03/02/09 - 05/01/09)
Shareholder:  State University Retirement System of Illinois ("SURS")

| Trade Date | Trans. | Shares Bought | Shares Sold | Shares Held | Trade Price | (Costs) / Proceeds |
|---|---|---|---|---|---|---|
| Sales Applied to Pre-Class Period Shares | | | | | | |
| Beg. Balance 09/25/08 | | | | 2,098,893 | | |
| Class Period Trading | | | | | | |
| 10/02/08 | BUY | 2,100 | | 2,100 | $22.140 | ($46,494.000) |
| 10/02/08 | BUY | 400 | | 2,500 | $22.132 | ($8,852.800) |
| 10/02/08 | BUY | 51 | | 2,551 | $22.250 | ($1,134.750) |
| 10/02/08 | BUY | 58,700 | | 61,251 | $22.250 | ($1,306,075.000) |
| 10/02/08 | BUY | 36,100 | | 97,351 | $22.250 | ($803,225.000) |
| 10/02/08 | BUY | 76,900 | | 174,251 | $22.250 | ($1,711,025.000) |
| 10/03/08 | BUY | 100 | | 174,351 | $21.579 | ($2,157.900) |
| 10/06/08 | BUY | 49 | | 174,400 | $20.187 | ($989.163) |
| 10/10/08 | SELL | | (5,400) | 169,000 | $19.364 | $104,565.600 |
| 10/10/08 | BUY | 27,700 | | 196,700 | $19.353 | ($536,078.100) |
| 10/13/08 | BUY | 19,400 | | 216,100 | $21.228 | ($411,823.200) |
| 10/14/08 | SELL | | (20,200) | 195,900 | $21.360 | $431,472.000 |
| 10/16/08 | SELL | | (14,100) | 181,800 | $18.837 | $265,601.700 |
| 10/16/08 | SELL | | (11,200) | 170,600 | $18.890 | $211,568.000 |
| 10/17/08 | SELL | | (18,000) | 152,600 | $19.683 | $354,294.000 |
| 10/20/08 | SELL | | (9,800) | 142,800 | $19.841 | $194,441.800 |
| 10/21/08 | SELL | | (5,900) | 136,900 | $20.456 | $120,690.400 |
| 10/22/08 | SELL | | (1,500) | 135,400 | $20.064 | $30,096.000 |
| 10/23/08 | SELL | | (7,400) | 128,000 | $18.540 | $137,196.000 |
| 10/30/08 | SELL | | (5,600) | 122,400 | $19.214 | $107,598.400 |
| 11/04/08 | SELL | | (8,200) | 114,200 | $20.590 | $168,838.000 |
| 11/11/08 | SELL | | (5,000) | 109,200 | $17.737 | $88,685.000 |
| 11/12/08 | SELL | | (4,900) | 104,300 | $16.675 | $81,707.500 |
| 11/14/08 | SELL | | (200) | 104,100 | $16.020 | $3,204.000 |
| 11/20/08 | BUY | 246 | | 104,346 | $13.355 | ($3,285.330) |
| 12/01/08 | BUY | 35,600 | | 139,946 | $15.858 | ($564,544.800) |
| 12/01/08 | BUY | 107,200 | | 247,146 | $15.986 | ($1,713,699.200) |
| 12/02/08 | BUY | 49,300 | | 296,446 | $16.035 | ($790,525.500) |
| 12/03/08 | SELL | | (1,700) | 294,746 | $17.568 | $29,865.600 |
| 12/03/08 | BUY | 4,370 | | 299,116 | $18.130 | ($79,228.100) |
| 12/03/08 | BUY | 17,000 | | 316,116 | $17.816 | ($302,872.000) |
| 12/15/08 | BUY | 6,350 | | 322,466 | $16.950 | ($107,632.500) |
| 12/19/08 | BUY | 542 | | 323,008 | $16.497 | ($8,941.374) |
| 12/19/08 | BUY | 13,800 | | 336,808 | $16.500 | ($227,700.000) |
| 01/05/09 | BUY | 1,800 | | 338,608 | $16.676 | ($30,016.800) |
| 01/05/09 | BUY | 7,800 | | 346,408 | $16.676 | ($130,072.800) |
| 01/21/09 | SELL | | (11,300) | 335,108 | $12.758 | $144,165.400 |
| 01/21/09 | BUY | 158 | | 335,266 | $12.550 | ($1,982.900) |
| 01/21/09 | BUY | 2,300 | | 337,566 | $13.009 | ($29,920.700) |
| 01/22/09 | BUY | 2,100 | | 339,666 | $12.631 | ($26,525.100) |

| 01/23/09 | BUY | 2,100 | | 341,766 | $12.304 | ($25,838.400) |
|---|---|---|---|---|---|---|
| 02/06/09 | SELL[1] | | (39,200) | 302,566 | $12.003 | $470,517.600 |
| 03/03/09 | SELL[2] | | (57,400) | 245,166 | $10.755 | $617,314.040 |
| 03/11/09 | SELL[2] | | (10,700) | 234,466 | $10.150 | $108,605.000 |
| 03/16/09 | SELL[2] | | (40,076) | 194,390 | $10.104 | $404,939.927 |
| | | | | | | |
| Totals: | | 472,166 | (277,776) | | | ($4,795,274) |
| Shares Held: | | | 194,390 | | | |
| Shares Held * $10.4082: | | | $2,023,250 | | | |
| Total (Costs) / Proceeds: | | | ($4,795,274) | | | |
| Total (Losses) / Profit: | | | ($2,772,024) | | | |

[1] Post Partial Disclosure sale. The higher of the actual sale price or the average closing price of the stock from 01/26/09 thru the date of the sale was used in the calculations.

[2] Post Class Period sale. The higher of the actual sale price or the average closing price of the stock from 01/26/09 thru the date of the sale was used in the calculations.