UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re General Electric Co. Sec. Litig. | : : : : : : | Civ. No. 09-CIV-1951 (RJH)<br><br>ECF CASE |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF**
**LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**
**THE SECOND CONSOLIDATED CLASS ACTION COMPLAINT**

I, Jeffrey C. Block, declare under penalty of perjury as follows:

1. I am a Partner at the law firm Berman DeValerio, court-appointed Lead Counsel for Lead Plaintiff State Universities Retirement System in the above-captioned matter. I submit this declaration in support of Lead Plaintiff's Opposition To Defendants' Motions To Dismiss The Second Consolidated Class Action Complaint.

2. Attached as Exhibit 1 hereto is a true and correct copy of General Electric Company's ("GE") Quarterly Report on Form 10-Q for the quarter ending June 30, 2008, dated July 25, 2008.

3. Attached as Exhibit 2 hereto is a true and correct copy of the slide presentation issued by GE in connection with its March 19, 2009 GE Capital Investor Meeting.

4. Attached as Exhibit 3 hereto is a copy of the Final Rule for the Federal Deposit Insurance Corporation's Temporary Liquidity Guarantee Program, as published in the <u>Federal Register</u> on November 26, 2008.

Signed under the pains and penalties of perjury this 28th day of July, 2010.

/s/ Jeffrey C. Block
Jeffrey C. Block