UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :        09 Civ. 1951 (DLC)
                                           :
IN RE: GENERAL ELECTRIC COMPANY            :        Related to all
SECURITIES LITIGATION                      :            matters
                                           :
                                           :        SCHEDULING ORDER
----------------------------------------- X

        As set forth at the scheduling conference held on September
7, 2012, the following schedule shall govern the further conduct
of pretrial proceedings in this case:

1.      Document production must be completed by **November 30, 2012.**

2.      The following motion will be served by the dates indicated
        below.

        Any motion for class certification by lead plaintiff:

        -       Motion served by **January 10, 2013.**
        -       Opposition served by **March 28, 2013.**
        -       Reply served by **June 6, 2013.**

        At the time any Reply is served the moving party shall
        supply two courtesy copies of all motion papers to Chambers
        by mail or delivery to the United States Courthouse, 500
        Pearl Street, New York, New York.

3.      All fact discovery must be completed by **May 15, 2013.**

4.      Expert reports and disclosure of expert testimony
        conforming to the requirements of Rule 26(a)(2)(B), Fed. R.
        Civ. P., by the party bearing the burden on an issue must
        be served by **June 1, 2013.** Identification of rebuttal
        experts and disclosure of their expert testimony must occur
        by **July 19, 2013.** Sur-reply expert report by and
        disclosure of their expert testimony must occur by **August
        30, 2013.**

5.      All expert discovery must be completed by **October 11, 2013.**

6.      The following motion will be served by the dates indicated
        below.

Any motion for summary judgment by either party:

- Motion served by **November 1, 2013.**
- Opposition served by **November 29, 2013.**
- Reply served by **December 18, 2013.**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

7.   The Joint Pretrial Order must be filed by **March 28, 2014.**

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order:  Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial.  Any responsive papers are due one week thereafter.  Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

8.   The following motions will be served by the dates indicated below.

Any motions <u>in limine</u> by either party:

- Motion served by **March 28, 2014.**
- Opposition served by **April 4, 2014.**

IT IS HEREBY ORDERED that the trial will begin at 9:30 a.m. on **April 14, 2014.**

IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial.

1.   All exhibits must be pre-marked.

2.   At the start of the trial each party will present the Court with the following documents:

(a)   Three copies of a complete exhibit list.

(b)   A set of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila

2

folders labeled with the exhibit numbers and placed in a suitable container or box for ready reference.

(c)    The exhibits should include copies of the sections of any depositions that are intended to be offered into evidence and any charts or summaries of evidence.

3.    Counsel should be available every day at 9:00 a.m. (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

4.    Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday.  There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 p.m. to 2 p.m.

5.    There should be no sidebars during jury trials.  Counsel are expected to anticipate any problems that might require a ruling from the Court and to raise those issues with the Court in advance of the time that the jury will be hearing the evidence.

6.    If counsel intend to distribute copies of documentary exhibits to the jury, make a separate copy for each juror.

7.    Counsel should make certain that they have custody of all original exhibits.  The Court does not retain them and the Clerk is not responsible for them.


Dated:    New York, New York
          September 7, 2012

_____
DENISE COTE
United States District Judge