```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :    Lead case: 09 Civ. 1951 (DLC)
ALBERT STEIN,                              :    10 Civ. 1793 (DLC)
                          Plaintiff,       :
                                           :               ORDER
              -v-                          :
                                           :
JEFFREY IMMELT, et al.,                    :
                          Defendants,      :
                                           :
------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/12

DENISE COTE, District Judge

On April 27, 2011, the Court granted on the record defendants' motion to dismiss. On May 27, 2011 plaintiff appealed the Court's decision. On July 30, 2012 the Second Circuit Court of Appeals issued its mandate affirming the district court. Accordingly, it is hereby

ORDERED that the Clerk of Court shall close this case.

Dated:    New York, New York
          October 2, 2012

                                        _____
                                                  DENISE COTE
                                        United States District Judge