UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re General Electric Co. Sec. Litig.** | ) Civ. No. 09-CIV-1951 (DLC)<br>) ECF CASE<br>)<br>)<br>) |

### NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPROVAL OF NOTICE TO THE SETTLEMENT CLASS AND CERTIFICATION OF THE SETTLEMENT CLASS FOR SETTLEMENT PURPOSES ONLY

PLEASE TAKE NOTICE that Lead Plaintiff State Universities Retirement System of Illinois ("Lead Plaintiff"), through its undersigned counsel, hereby moves this Court before the Honorable Denise L. Cote, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure: preliminarily approving the proposed settlement with General Electric Co. ("GE"), Jeffrey Immelt and Keith Sherin (collectively, the "Defendants"); approving the proposed forms of notice of pendency of class action and proposed settlement; approving the proposed methods of disseminating notice; certifying the Settlement Class for settlement purposes only; appointing Lead Plaintiff as Class Representative and Lead Counsel Berman DeValerio as Class Counsel; setting a date for the Settlement Hearing; and such other and further relief as the Court deems just and proper.  Defendants do not oppose this motion.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiff submits herewith (1) the Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, Approval of Notice to the Settlement Class and Certification of the Settlement Class for Settlement Purposes Only, (2) the Declaration of Joseph J. Tabacco, attaching the Stipulation and Agreement of Settlement, and (3) a proposed Order.

| | |
|---|---|
| Dated: April 29, 2013 | Respectfully submitted,<br><br>**BERMAN DEVALERIO**<br><br>*/s/ Joseph J. Tabacco, Jr.*<br>Joseph J. Tabacco, Jr. (JJT-1994)<br>Nicole Lavallee<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br><br>Glen DeValerio (admitted *pro hac vice*)<br>Kathleen M. Donovan-Maher (admitted *pro hac vice*)<br>Kristin J. Moody (admitted *pro hac vice*)<br>Steven J. Buttacavoli (admitted *pro hac vice*)<br>Daryl D. Andrews (admitted *pro hac vice*)<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 542-8300<br>Facsimile: (617) 542-1194<br><br>Kyle G. DeValerio (admitted *pro hac vice*)<br>3507 Kyoto Gardens Drive, Suite 200<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 835-9400<br>Facsimile: (561) 835-0322<br><br>*Lead Counsel for Lead Plaintiff*<br>*State Universities Retirement System of Illinois*<br><br>**LOWEY DANNENBERG COHEN & HART, P.C.**<br>Richard W. Cohen<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY 10601<br>Telephone: (914) 733-7239<br><br>*Liaison Counsel for the Lead Plaintiff State*<br>*Universities Retirement System of Illinois* |

2