...

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    09 Civ. 1951 (DLC)
                                      :
IN RE: GENERAL ELECTRIC COMPANY       :    Related to all
SECURITIES LITIGATION                 :       matters
                                      :
                                      :         ORDER
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On April 29, 2013, lead plaintiff moved for preliminary approval of settlement, approval of notice to the settlement class, and certification of the settlement class for settlement purposes only. It is hereby

ORDERED that a teleconference will be held to discuss preliminary approval of the settlement and related matters on **May 8, 2013** at **2:00 p.m.**

Dated:   New York, New York
         May 2, 2013

                                      _____
                                            DENISE COTE
                                      United States District Judge