UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **In re General Electric Co. Sec. Litig.** | ) Civ. No. 09-CIV-1951 (DLC) <br> ) ECF CASE <br> ) <br> ) <br> ) |

### NOTICE OF LEAD COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND LEAD PLAINTIFF'S REQUEST FOR <u>REIMBURSEMENT OF EXPENSES</u>

PLEASE TAKE NOTICE that Lead Counsel for Lead Plaintiff State Universities Retirement System of Illinois ("Lead Plaintiff") hereby applies to this Court for an order (a) granting Lead Counsel's application for an award of attorney's fees and reimbursement of litigation expenses to be paid out of the Settlement Fund; and (b) granting Lead Plaintiff's application for reimbursement of its reasonable costs and expenses (including lost wages) directly related to the representation of the Class, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(4); and such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of this Application, Lead Plaintiff submits herewith (1) the Memorandum of Law in Support of Lead Counsel's Application For An Award of Attorneys' Fees and Reimbursement of Expenses and Lead Plaintiff's Request for Reimbursement of Expenses, and (2) the Declaration of Joseph J. Tabacco, Jr. in Support of (A) Lead Plaintiff's Motion For Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of the Settlement Class and (B) Lead Counsel's Application

For An Award of Attorneys' Fees and Reimbursement of Expenses and Lead Plaintiff's Request for Reimbursement of Expenses.

Dated: July 17, 2013

Respectfully submitted,

**BERMAN DEVALERIO**

*/s/ Joseph J. Tabacco, Jr.*
Joseph J. Tabacco, Jr. (JJT-1994)
Nicole Lavallee
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Glen DeValerio (admitted *pro hac vice*)
Kathleen M. Donovan-Maher (admitted *pro hac vice*)
Kristin J. Moody (admitted *pro hac vice*)
Steven J. Buttacavoli (admitted *pro hac vice*)
Daryl D. Andrews (admitted *pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

Kyle G. DeValerio (admitted *pro hac vice*)
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 835-9400
Facsimile: (561) 835-0322

*Lead Counsel for Lead Plaintiff*
*State Universities Retirement System of Illinois*

**LOWEY DANNENBERG COHEN & HART, P.C.**
Richard W. Cohen
White Plains Plaza
One North Broadway
White Plains, NY 10601
Telephone: (914) 733-7239

*Liaison Counsel for the Lead Plaintiff State Universities Retirement System of Illinois*