UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re General Electric Co. Sec. Litig.** | ) Civ. No. 09-CIV-1951 (DLC)<br>) ECF CASE<br>)<br>)<br>) |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND FINAL <u>CERTIFICATION OF THE SETTLEMENT CLASS</u>**

PLEASE TAKE NOTICE that Lead Plaintiff State Universities Retirement System of Illinois ("Lead Plaintiff"), through its undersigned counsel, hereby moves this Court for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure for (a) final approval of the proposed Settlement with General Electric Co., Jeffrey Immelt and Keith Sherin; (b) final approval of the proposed Plan of Allocation; and (c) final certification of the Settlement Class; and such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Lead Plaintiff submits herewith: (1) Lead Plaintiff's Memorandum of Law in Support of Motion For Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of the Settlement Class, and (2) the Declaration of Joseph J. Tabacco, Jr. in Support of (A) Lead Plaintiff's Motion For Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of the Settlement Class and (B) Lead Counsel's Application For An Award of Attorneys' Fees and Reimbursement of Expenses and Lead Plaintiff's Request for Reimbursement of Expenses.

///

///

///

Dated: July 17, 2013 　　　　　　　　　　Respectfully submitted,

**BERMAN DEVALERIO**

*/s/ Joseph J. Tabacco, Jr.*
Joseph J. Tabacco, Jr. (JJT-1994)
Nicole Lavallee
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Glen DeValerio (admitted *pro hac vice*)
Kathleen M. Donovan-Maher (admitted *pro hac vice*)
Kristin J. Moody (admitted *pro hac vice*)
Steven J. Buttacavoli (admitted *pro hac vice*)
Daryl D. Andrews (admitted *pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

Kyle G. DeValerio (admitted *pro hac vice*)
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 835-9400
Facsimile: (561) 835-0322

*Lead Counsel for Lead Plaintiff*
*State Universities Retirement System of Illinois*

**LOWEY DANNENBERG COHEN & HART, P.C.**
Richard W. Cohen
White Plains Plaza
One North Broadway
White Plains, NY 10601
Telephone: (914) 733-7239

*Liaison Counsel for the Lead Plaintiff State*
*Universities Retirement System of Illinois*

2