August 21, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 15B,
New York, NY 10007

RE:  Civ. No. 09-CIV-1951 (DLC)
ECF CASE

TO:  The Honorable Denise Cote:

In regard to the General Electric Company Security Litigation settlement; I wish to make an objection to the settlement.

Should every eligible claimant make a claim on their shares; "Lead Plaintiff estimates the average recovery per share would be approximately $0.01 BEFORE deduction of court-approved expenses."

This settlement is proposed with almost NO regard for the relatively small individual investor.  In my situation I had 3,000 shares, purchased for $74,622.95 and sold for $42,135.96, realizing a loss of $32,486.99.

With this settlement, at a penny per share, I would qualify for $30.00; less court approved expenses; meaning I will lose additional money on postage in making this claim.

Is the intent of this settlement to weed out as many investors as possible so that the large funds may recoup more?

Thank you for your consideration of my concern and objections.

Sincerely,

P. Ruth Canniff
103 Parliament Dr.
Houston, TX 77034-2319
713-944-6513

(Charles Schwab & Co. Inc. Cust.
IRA Rollover)