PRO SE OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct. 01, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re General Electric Company Securities Litigation _____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

09 Civ. 1951 (DLC) ( )

- against -

_____

_____

_____

**NOTICE OF APPEAL
IN A CIVIL CASE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that Clark Hampe _____
                                    *(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

ORDER APPROVING PLAN OF ALLOCATION (Dkt. 221) _____

*(describe the judgment)*

ORDER AWARDING ATTORNEYS' FEES AND EXPENSES (Dkt. 222) _____

JUDGMENT AND ORDER (Dkt. 223) _____

entered in this action on the 6th day of September, 2013.
                              *(date)*      *(month)*       *(year)*

/s/ Signature

6571 Furman Court
*Address*

Tyler, Texas 75703
*City, State & Zip Code*

DATED: September 26, 2013       (214) 403 - 4770
                                *Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*



Court Name: District Court
Division: 1
Receipt Number: 465401078016
Cashier ID: Clapsley
Transaction Date: 10/01/2013
Payer Name: CLARK C. HAMPE JR

NOTICE OF APPEAL/DOCKETING FEE
 For: CLARK C. HAMPE JR
 Amount:          $455.00

CHECK
 Check/Money Order Num: 59
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

09CV1951(DLC)

September 26, 2013

Clerk of Court
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RE:   *In re General Electric Company Securities Litigation,* No. 09-CIV-1951 (DLC) (S.D.N.Y.)

Dear Court:

    I am a pro se objector in the abovementioned case. I am enclosing my Notice of Appeal for filing and a check for the $455 filing fee.

                                             Sincerely,

                                             Clark Hampe

Enclosure

Clark Hampe
6571 Furman Court
Tyler, Texas 75703

NORTH TEXAS TX 750
DALLAS TX 750
27 SEP 2013 PM 9 L

Clerk of Court
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007