**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| _____ | )   **Civ. No. 09-CIV-1951 (DLC)** |
| | )   ECF CASE |
| **In re General Electric Co. Sec. Litig.** | ) |
| | ) |
| _____ | ) |

## <u>NOTICE OF LEAD PLAINTIFF'S MOTION FOR APPEAL BOND</u>

PLEASE TAKE NOTICE that Lead Plaintiff State Universities Retirement System of Illinois ("Lead Plaintiff") hereby moves this Court for an order pursuant to Rule 7 of the Federal Rules of Appellate Procedure compelling objector Clark Hampe to post an appeal bond for the amount up to $54,700, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiff submits herewith (i) Lead Plaintiff's Memorandum of Law in Support of Motion for Appeal Bond, (ii) the Declaration of Joseph J. Tabacco in Support of Lead Plaintiff's Motion for Appeal Bond, and (iii) the Declaration of Eric J. Miller in Support of Lead Plaintiff's Motion for Appeal Bond.

Dated: November 20, 2013

**BERMAN DEVALERIO**

*/s/ Joseph J. Tabacco, Jr.*
Joseph J. Tabacco, Jr. (JJT-1994)
Nicole Lavallee
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Glen DeValerio (admitted *pro hac vice*)
Kathleen M. Donovan-Maher (admitted *pro hac vice*)
Kristin J. Moody (admitted *pro hac vice*)
Steven J. Buttacavoli (admitted *pro hac vice*)
Daryl D. Andrews (admitted *pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

Kyle G. DeValerio (admitted *pro hac vice*)
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 835-9400
Facsimile: (561) 835-0322

*Lead Counsel for Lead Plaintiff*
*State Universities Retirement System of Illinois*

**LOWEY DANNENBERG COHEN & HART, P.C.**
Richard W. Cohen
White Plains Plaza
One North Broadway
White Plains, NY 10601
Telephone: (914) 733-7239

*Liaison Counsel for the Lead Plaintiff State*
*Universities Retirement System of Illinois*