USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-14-2016

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    09cv1951 (DLC)
                                        :
IN RE: GENERAL ELECTRIC COMPANY         :    ORDER
SECURITIES LITIGATION                   :
                                        :
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In the September 6, 2013 Judgment and Order ("Judgment"), this Court approved the April 29, 2013 Stipulation and Agreement of Settlement between the Lead Plaintiff State Universities-Retirement System of Illinois, on behalf of itself and the Settlement Class, and the Settling Defendants. The Judgment appointed Berman DeValerio as Lead Counsel ("Lead Counsel") for the Settlement Class.

On December 28, 2015, this Court received a pro se letter from Mr. Michael Bandler. In Mr. Bandler's letter, he identifies himself and several of his retirement plans as class members and reports difficulties getting his payment. The letter does not state whether its contents were also served on Lead Counsel. It is hereby

ORDERED that the Lead Counsel is advised of Michael Bandler's pro se letter. A scanned copy of the letter and its mailing envelope is attached to this Order.

IT IS FURTHER ORDERED that Lead Counsel shall provide a status letter by **February 12, 2016** regarding the issues raised by Mr. Bandler

SO ORDERED:

Dated:   New York, New York
         January 13, 2016

```
                              _____
                                      DENISE COTE
                              United States District Judge
```

Michael Bandler
Box 492
Quechee, VT 05059
802 299 – 2037
Michael@mbco.biz

Wednesday,
December 23, 2015

Re:  In re General Electric Securities Litigation
     Case No. 09 - CIV 1951

Dear Judge Cote:

In September of 2013, the Court approved a settlement of the above captioned matter, in which I and several of my retirement plans are class members, which is why I write. I am sorry to have to contact you, but my payments are still in limbo.

I have completed the appropriate claim forms, which have been acknowledged by A.B. Data, Ltd, the Claims Administrator.

As to one claim, I received a notice saying my recovery was too small to be paid. I contacted the claims administrator and asked for the calculation that came to that conclusion, which I was promised.

As to the others, I have received nothing at all.

I am now unable to make further contact with the claims administrator, with the phone not being answered and my letters not responded to.

I am hoping the Court may be able to assist me in collecting my share of the recovery and the details of each calculation.

Your attention to this matter is appreciated.

Very truly yours,

Michael Bandler

Michael Bandler
Box 492
Quechee, VT 05059



Hon. Denise Cote
United States Courthouse
500 Pearl St.
New York, NY 10007-1312







U.S. POSTAGE PAID
QUECHEE, VT 05059
DEC 23, 15
AMOUNT
$3.94
00129956-07

7015 0640 0006 3370 0974

1000    10007

1000781316 C014

COPIES MAILED TO:

Michael Bandler
Box 492
Quechee, VT 05059